UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELNORA SWAYNE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-655** |
| **LOWE'S COMPANIES, INC., ET AL.** | **SECTION: "E"(5)** |

### REPORT AND RECOMMENDATION

On March 23, 2023, Defendant filed its Unopposed Motion to Compel Arbitration and Stay Proceeding. (Rec. doc. 7). After confirming with counsel for Plaintiff that Plaintiff does not oppose the motion and having reviewed the arbitration agreement (rec. doc. 7-2) between the parties,

**IT IS RECOMMENDED** that Defendant's Unopposed Motion to Compel Arbitration and Stay Proceeding (rec. doc. 7) be **GRANTED**, that this proceeding be **STAYED**, and that this lawsuit be **ADMINISTRATIVELY CLOSED**, reserving the right to the parties to move to re-open the lawsuit – if necessary – after the arbitration proceeding has concluded.

### NOTICE OF RIGHT TO OBJECT

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 14 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such

consequences will result from a failure to object.  *Douglass v. United States Auto. Assoc.*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this  30th  day of    March       , 2023.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE