UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELNORA SWAYNE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-655** |
| **LOWE'S COMPANIES, INC., ET AL.** | **SECTION: "E" (5)** |

## ORDER

Before the Court is Defendants' unopposed Motion to Compel Arbitration and Stay Proceeding.[1] This matter was referred to the United States Magistrate Judge, who issued his Report and Recommendation on March 30, 2023, recommending that Defendant's unopposed Motion to Compel Arbitration and Stay Proceeding be granted, that this proceeding be stayed, and that the lawsuit be administratively closed, reserving the right to the parties to move to re-open the lawsuit, if necessary, after arbitration has concluded.[2]

The Court, having considered the Motion, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, finds the Magistrate Judge's findings are correct. The Court hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Defendants' unopposed Motion to Compel Arbitration and Stay proceeding is **GRANTED**.[3]

---

[1] R. Doc. 7.
[2] R. Doc. 8.
[3] R. Doc. 7.

1

**IT IS FURTHER ORDERED** that this matter is **STAYED AND ADMINISTRATIVELY CLOSED**. Any party may move to re-open the lawsuit after the arbitration proceeding has concluded, if necessary.

**New Orleans, Louisiana, this 17th day of April, 2023.**

                                                      **SUSIE MORGAN**
                                    **UNITED STATES DISTRICT JUDGE**